UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>                              Plaintiff,<br><br>                -v-<br><br>INTERVIEW, INC.; and DOES 1 through 20,<br><br>                             Defendants. | CASE NO. 24 Civ. 7254 (AKH)<br><br>**DEFAULT JUDGMENT** |

      This action having been commenced on September 25, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Interview, Inc., on October 29, 2024 by personal service on the Defendant's registered agent, Interview Inc., c/o The Corporation Company, Registered Agent, by Serving Rob Hutt-Banks – Authorized Agent., and a proof of service of having been filed October 31, 2024 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $150,000 plus costs and disbursements of this action in the amount of $24,196.50 amounting in all to $174,196.50.

Date:                                                              New York, New York

_____

                                                          _____
                                                          Hon. Alvin K. Hellerstein
                                                          United States District Judge

2

This document was entered on the docket on _____.

2