UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>         Plaintiff,<br><br>    -v-<br><br>INTERVIEW, INC.; and DOES 1 through 20,<br><br>         Defendants. | CASE NO. 24 Civ. 7254 (AKH)<br><br>STATEMENT OF DAMAGES |

Principal amount sued for . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $150,000

Costs and Disbursements:

Clerk's fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $405

Process Server fee for service . . . . . . . . . . . . . . . . . . . . .$1,096.50

Attorneys' fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $22,695

Total (as of (March 28, 2025) ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$174,196.50