UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
BACKGRID USA, INC.,  :
                                               Plaintiff,  :  **DEFAULT JUDGMENT**

- against -  :  24 Civ. 7254 (AKH)

INTERVIEW, INC, and DOES 1 through 20,  :

                                               Defendants.  :
--------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

       WHEREAS, this action was commenced on September 25, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on the Defendant, Interview, Inc., on October 29, 2024 by personal service on the Defendant's registered agent, Interview Inc., c/o The Corporation Company, Registered Agent, by Serving Rob Hutt-Banks – Authorized Agent., and a proof of service of having been filed October 31, 2024 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired; and

       WHEREAS, since there has been no proof of willfulness and no proof of actual damages, the range of statutory damages is $750-30,000. *See* 17 U.S.C. § 504(c)(1); and

       WHEREAS, the circumstances of the infringement alleged in the Complaint support granting damages at the top of the scale;

       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall enter judgment in favor of Plaintiff against Defendant in the amount of $30,000 for statutory damages, plus costs and disbursements in the amount of $24,196.50, amounting in all to to $54,196.50.

The Clerk of Court is respectfully directed to close this case.

Dated:    April 3, 2025
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge